# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV99** |
| vs. | ) | |
| | ) | **ORDER** |
| **ORION PAYMENT SYSTEMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the joint status report to chambers stating that this matter should be referred to mediation and that the parties will select a mediator by August 24, 2007.

**IT IS ORDERED** that the parties are given until and including **August 30, 2007** to advise the court of their choice of mediator. A mediation reference order will then be entered.

Dated this 20th day of July 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge