# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV99** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **ORION PAYMENT SYSTEMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The mediator, Michael A. Mullin, has this date filed a Mediation Closure Notice [13] advising that the parties were unable to mediate. Accordingly,

**IT IS ORDERED:**

1. The mediation reference is withdrawn.

2. The case is no longer stayed and the parties may conduct discovery..

3. Counsel shall contact chambers no later than **October 25, 2007** to schedule a planning conference with the undersigned.

**DATED October 18, 2007.**

           **BY THE COURT:**

           **s/ F.A. Gossett**
           **United States Magistrate Judge**