# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRST NATIONAL BANK OF OMAHA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV99** |
| vs. ) | |
| ) | **ORDER** |
| **ORION PAYMENT SYSTEMS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter comes before the court on the parties' Joint Motion for Stay. Having reviewed the Joint Motion, the court hereby finds and orders as follows:

**IT IS ORDERED**

1. The Joint Motion to Stay [16] is granted.

2. This action is stayed pending the resolution of the California Actions, as identified in the Joint Motion to Stay [16];

3. The parties shall file status reports every **90 days**, beginning **January 15, 2008** and, upon resolution of the California Actions, shall advise the court in writing within 30 days thereof.

4. The status conference previously set for November 2, 2007 is cancelled.

**DATED October 23, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**