# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRST NATIONAL BANK OF OMAHA,**  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>**ORION PAYMENT SYSTEMS,**  )<br>  )<br>**Defendant.**  ) | CASE NO. 8:07CV99<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice (Filing No. 21) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 30th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge